FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2017

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR00 144 KGB |
| | ) | |
| vs. | ) | 18 U.S.C. § 912 |
| | ) | |
| ROBERT LIGHTFOOT | ) | **FILED UNDER SEAL** |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 21, 2017, in the Eastern District of Arkansas, the defendant,

ROBERT LIGHTFOOT,

knowingly and falsely pretended to be an officer and employee of the United States and acted under the authority thereof, to wit; he pretended to be a Federal Agent with the United States Government, and while so pretending, obtained an ACIC printout, in violation of Title 18, United States Code, Section 912.

**(END OF TEXT.  SIGNATURE PAGE ATTACHED)**